# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CARLOS CASTRO and
HORTENCIA CASTRO,

      Plaintiffs,

v.                                                               CV 16-1320 WPL/LF

GEICO GENERAL INSURANCE COMPANY,

      Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this cause is dismissed with prejudice.

                                                               _William P. Lynch_____
                                                            **UNITED STATES MAGISTRATE JUDGE**